UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE et al.,<br><br>Defendants. | 1:08-cv-1490 AWI GSA<br><br>**ORDER RE STIPULATION TO EXTEND DATES FOR FILING ADMINISTRATIVE RECORD AND BRIEFING ON MOTIONS TO SUPPLEMENT RECORD**<br><br>(Document 14) |

For good cause shown and by stipulation of the parties, the Court orders the following revised initial case schedule:

Filing of Administrative Record - no later than June 1, 2009

Any Motion To Supplement Administrative Record - no later than June 22, 2009

Opposition To Motion to Supplement Administrative Record - no later than July 6, 2009

1

Reply for Motion to Supplement Administrative Record - no later than July 13, 2009.

The status conference scheduled for May 26, 2009, at 9:30 a.m. in Courtroom 10 will remain on calendar. If the parties are unable to settle the case, they will submit a proposed briefing schedule one week before the status conference. If the parties reach a settlement, they will advise the Court and propose a course of action for disposing of this case.

**IT IS SO ORDERED.**

**Dated:** **March 23, 2009**        /s/ **Gary S. Austin**
                        **UNITED STATES MAGISTRATE JUDGE**