**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

DIRK KEMPTHORNE, ET AL.,

    Defendants.

Case No. 1:08-CV-01490-AWI-GSA

**ORDER**

    1.    For good cause shown and by stipulation of the parties, the Court STAYS this case until July 15, 2009;

    2.    The parties will file a settlement agreement by July 15, 2009, or otherwise inform the Court of the status of the settlement and propose how the Court should proceed;

    3.    The scheduling dates set forth in the Court's order issued on March 23, 2009, are vacated. Similarly, the status conference currently set for May 26, 2009, at 9:30 is vacated. However, a further status conference will be held on July 29, 2009 at 10:00 am in order to ascertain the status of the case if the case has not settled.

IT IS SO ORDERED.

Dated: **May 21, 2009**                **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE