IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

KEN SALAZAR, ET AL.,

    Defendants.

Case No. 1:08-CV-01490-AWI-GSA

**ORDER**

The terms and conditions of the Stipulated Settlement Agreement filed by Plaintiff Center for Biological Diversity and Defendants Ken Salazar, Secretary of the United States Department of the Interior; and United States Fish and Wildlife Service on July 9, 2009 are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

**Dated:   July 13, 2009**           /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE